IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LIZETH SANCHEZ                )
                             )
                             )
                             )
        Plaintiff,            )
                             )
    v.                        )        No. 25-169
                             )        Judge Bruggink
THE UNITED STATES,            )
                             )
        Defendant.            )

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____An Hoang_____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

An Hoang
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

/s/ An Hoang
AN HOANG
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-3226
Email: An.Hoang@usdoj.gov

Dated: March 19, 2026